# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Federal Solutions Group, Inc. ) ASBCA Nos. 61435, 61687
)
Under Contract No. W91238-14-C-0051 )

APPEARANCES FOR THE APPELLANT: Mia S. Blackler, Esq.
  Lubin Olson & Niewiadomski LLP
  San Francisco, CA

  Ms. Selina Singh
  President

  Mr. Manjinder P. Singh
  Vice President

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  David F. Innis, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, San Francisco

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 19, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals